UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**CHARLENE GEHRING**,                    Case No. 2:14-cv-01830-KI

        Plaintiff,                JUDGMENT

  v.

**CAROLYN COLVIN, Acting Commissioner, Social Security Administration**,

        Defendant.

  Rory Linerud
  Linerud Law Firm
  P.O. Box 1105
  Salem, OR 97308

      Attorney for Plaintiff

  Billy J. Williams
  United States Attorney
  District of Oregon
  Janice E. Hebert
  Assistant United States Attorney

Page 1 - JUDGMENT

1000 SW Third Ave., Ste. 600
Portland, OR 97204-2902

Leisa A. Wolf
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

      Attorneys for Defendant

KING, Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

IT IS SO ORDERED.

DATED this   13th   day of January, 2016.

                    /s/ Garr M. King
                    Garr M. King
                    United States District Judge